[No. 4954–0–III.   Division Three.   March 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROL
ANN LOGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–1–00825–0, Michael E. Donohue, J., entered January 13, 1982. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, C.J., and Green, J.

[No. 5006–8–III.   Division Three.   March 17, 1983.]

*In the Matter of* MANDY N. WELLER, ET AL,
ANNETTE WELLER, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. J–4479, Peter G. Young, J. Pro Tem., entered January 12, 1982. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Munson and McInturff, JJ.

[No. 4885–3–III.   Division Three.   March 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
RANSOM, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3762, Robert S. Day, J., entered November 3, 1981. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Munson and McInturff, JJ.

[No. 4612–5–III.   Division Three.   March 17, 1983.]

PATRICK KEEGAN, ET AL, *Respondents,* v. GRANT
COUNTY PUBLIC UTILITY DISTRICT
No. 2, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 28667, James D. Kendall, J., entered May 22, 1981. *Affirmed in part, reversed in part,* and *remanded* by opinion, unpublished in part, per McInturff, J., concurred in by Roe, C.J., and Green, J.